776 S.E.2d 72

**Re REVISED/CREATED UNIFORM EXPUNGEMENT FORMS.**

Supreme Court of South Carolina.

July 31, 2015.

## ORDER

Pursuant to the provisions of S.C. Constitution Article V, § 4,

IT IS ORDERED that the following forms, all bearing revision or creation dates of 07/2015, are approved for use in the General Sessions Courts, Family Courts, Magistrate Courts and Municipal Courts statewide.

- Order for Destruction of Arrest Records (General Sessions) (SCCA 223A)
- Order for Destruction of Arrest Records, Diversion Disposition (General Sessions) (SCCA 223B)
- Motion and Order for Expungement Of Juvenile Records (Family Court) (SCCA 492)
- Motion and Order for Expungement Of Juvenile Records—Not Guilty (Family Court) (SCCA 492NG)
- Order for Destruction of Arrest Records (Magistrate/Municipal Court) (SCCA 223C)
- Expungement Objection Transmittal (Magistrate/Municipal Court) (SCCA 223D)

These forms will be made available on the South Carolina Judicial Department's website at *www.sccourts.org/forms*. The provisions of this Order are effective immediately and shall remain in effect unless amended or revoked by subsequent Order of the Chief Justice.

IT IS SO ORDERED.

s/Jean H. Toal

Jean H. Toal

Chief Justice of South Carolina